# UNITED STATES DISTRICT COURT

# DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE COFFMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE MICHAELS COMPANIES, INC., ASHLEY BUCHANAN, MARK S. COSBY, JOSHUA BEKENSTEIN, RYAN COTTON, MONTE E. FORD, KAREN KAPLAN, MATTHEW S. LEVIN, JOHN J. MAHONEY, JAMES A. QUELLA, and BERYL B. RAFF,<br><br>　　　　　　Defendants. | )<br>)<br>)  Case No.: 1:21-cv-00420-LPS<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 26, 2021　　　　　　　　**LONG LAW, LLC**

　　　　　　　　　　　　　　　　By:　*/s/ Brian D. Long*
　　　　　　　　　　　　　　　　　　Brian D. Long (#4347)
　　　　　　　　　　　　　　　　　　3828 Kennett Pike, Suite 208
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 729-9100
　　　　　　　　　　　　　　　　　　bdlong@longlawde.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1